**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>DALTON WILSON,<br>    Defendant. | 3:09-CV-166-ECR-RAM<br><br>**PERMANENT INJUNCTION** |

A permanent injunction shall be issued in this case against Defendant Dalton Wilson ("Wilson") and in favor of Plaintiff United States of America ("United States").

The injunction shall be issued for the reasons stated in the Order filed concurrently herewith, as well as our Order (#54), filed on December 22, 2009.

**IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED** that Defendant Dalton Wilson, and any person in active concert or participation with him who receives actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained as follows:

(1) Wilson shall vacate the property located at North half at the Southwest quarter at section 12, Township 22 North, Range 47

East, Mount Diablo Meridian, Lander County, Nevada, also known as lots 3 and 4, hereinafter referred to as "the subject property";

(2) Wilson shall permanently remove from the subject property by July 31, 2010, all personal belongings and all personal property within his control or possession as evidenced by its presence on the subject property;

(3) Any and all personal belongings or personal property owned by Wilson or within his control or possession that remains on the subject property after July 31, 2010, shall be deemed abandoned and may be disposed of by the Bureau of Land Management or its designee as abandoned property; and

(4) If Wilson does not voluntarily remove himself, his personal belongings and any personal property within his control or possession from the subject property by July 31, 2010, the United States shall remove same from the subject property and may seek an award of costs for such removal.

DATED: May 5, 2010.

_____
UNITED STATES DISTRICT JUDGE

2