```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF NEVADA
                          RENO, NEVADA
```

UNITED STATES OF AMERICA,            )     3:09-CV-00166-ECR-RAM
                                     )
    Plaintiff,                       )     MINUTES OF THE COURT
                                     )
vs.                                  )     DATE: July 14, 2010
                                     )
DALTON WILSON,                       )
                                     )
    Defendant.                       )
_____)

PRESENT:      EDWARD C. REED, JR.                   U. S. DISTRICT JUDGE

Deputy Clerk:     COLLEEN LARSEN        Reporter:      NONE APPEARING

Counsel for Plaintiff(s)                   NONE APPEARING

Counsel for Defendant(s)                   NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On June 21, 2010, Defendant filed a Motion to Dismiss (#89).  This Motion (#89) again rehearses arguments we have already repeatedly rejected.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Motion to Dismiss (#89) is **DENIED**.


                                                           LANCE S. WILSON, CLERK

                                                           By        /s/
                                                                    Deputy Clerk