UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-166-ECR-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: July 28, 2010 |
| | ) | |
| DALTON WILSON, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:    EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN            Reporter:    NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

MINUTE ORDER IN CHAMBERS

   Plaintiff has filed a request (#95) that we vacate our Order (#88) directing the parties to file a joint pretrial order. Plaintiff no longer intends to seek damages against Defendant; as such, no issues remain in this case for trial.

   Defendant, in the meantime, continues to file documents (## 96 and 97) that repeat arguments previously rejected by the Court.

   **IT IS, THEREFORE, HEREBY ORDERED** that our Order (#88), requiring the filing of a pre-trial order, is **VACATED**.

   **IT IS FURTHER ORDERED** that Defendant's motions, styled as "petitions" (## 96 and 97) are **DENIED**.

   **IT IS FURTHER ORDERED** that the Clerk shall enter judgment in favor of Plaintiff and against Defendant, in accordance with our Order (#54), finding Defendant liable for trespass, our Order (#79), granting Plaintiff's motion for permanent injunction, and the Permanent Injunction (#80).

                                            LANCE S. WILSON, CLERK

                                            By      /s/
                                                 Deputy Clerk