```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-166-ECR-RAM |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: August 5, 2010 |
| | ) | |
| DALTON WILSON, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                         U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING

Counsel for Plaintiff(s)             NONE APPEARING

Counsel for Defendant(s)             NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

    Non-party Lander County, Nevada, has filed a document entitled "Emergency Motion to Withdraw and Stay Injunction and Judgment Pending Preparation of Motions to Reconsider and Intervene" (#100). Lander County asserts that the land at issue in this case is not federal property, but rather belongs to Lander County.

    The rights of the parties to this action in relation to one another have been determined, judgment has been entered, and this case is over. If Lander County has a claim to ownership of the property, which pursuant to the permanent injunction entered in this case should now be in the possession of the United States, it may appropriately assert that claim in a separate lawsuit.

    **<u>IT IS, THEREFORE, HEREBY ORDERED</u>** that Lander County's "Emergency Motion to Withdraw and Stay Injunction and Judgment Pending Preparation of Motions to Reconsider and Intervene" (#100) is **DENIED**. No motion to reconsider and intervene, such as are proposed by Lander County, will be considered.

                                                                LANCE S. WILSON, CLERK

                                                                By         /s/
                                                                         Deputy Clerk