```
                     UNITED STATES DISTRICT COURT
                          DISTRICT OF NEVADA
                            RENO, NEVADA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-166-ECR-RAM |
| Plaintiff, | ) | MINUTES OF THE COURT |
| vs. | ) | DATE: August 5, 2010 |
| DALTON WILSON, | ) | |
| Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                           U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN        Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING

<u>MINUTE ORDER IN CHAMBERS</u>

Plaintiff has filed a document entitled "Third Petition to Vacate a Void Order for Lack of a Final Judgment and Direct Attack for Fraud Upon the Court, Want of In Personam, Subject Matter and Territorial Jurisdiction" (#103). This document, as its title suggests, repeats arguments previously rejected by the Court, and will be rejected again on the same basis.

Plaintiff is cautioned that his repeated filing of documents repeating frivolous arguments previously rejected by the Court constitutes, among other things, a violation of the Federal Rules of Civil Procedure. The Court's tolerance of Plaintiff's inappropriate filings is nearing an end. Plaintiff is hereby warned that continued frivolous filings may result in sanctions being imposed on him, pursuant to Federal Rule of Civil Procedure 11 and the inherent authority of the Court. Such sanctions may include, but are not limited to, monetary sanctions and a declaration that Plaintiff is a vexatious litigant, with the attendant consequences.

**IT IS, THEREFORE, HEREBY ORDERED** that Plaintiff's "Third Petition to Vacate a Void Order for Lack of a Final Judgment and Direct Attack for Fraud Upon the Court, Want of In Personam, Subject Matter and Territorial Jurisdiction" (#103) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall forward a copy of the document filed by Plaintiff entitled "Report of Criminal Activity by Affidavit by Witness/Victim" (#105) to the United States Attorney.

                LANCE S. WILSON, CLERK

                By    /s/
                   Deputy Clerk