```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
                           RENO, NEVADA


UNITED STATES OF AMERICA,       )    3:09-CV-166-ECR-RAM
                                )
     Plaintiff,                 )    MINUTES OF THE COURT
                                )
vs.                             )    DATE: October 25, 2010
                                )
DALTON WILSON,                  )
                                )
     Defendant.                 )
_____)


PRESENT:     EDWARD C. REED, JR.                U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:     NONE APPEARING

Counsel for Plaintiff(s)                  NONE APPEARING

Counsel for Defendant(s)                  NONE APPEARING
```

MINUTE ORDER IN CHAMBERS

    Defendant has filed documents entitled "Sixth Petition for Relief Under Rule 60(b)" (#117) and "Motion to Stay under Rule 62(b)" (#118).  The "Sixth Petition" (#117) and motion to stay (#118) raise arguments and issues that we have previously rejected on several occasions, the last one being our order (#116) filed September 15, 2010 denying Defendant's "Fourth Petition to Vacate a Void Order for Lack of a Final Judgment and Direct Attack for Fraud Upon the Court, Want of In Personam, Subject Matter, and Territorial Jurisdiction" (#111).

    This case is closed, and judgment was entered on July 28, 2010.  No notice of appeal has been filed in this case.  A notice of appeal must be filed within 60 days after the judgment or order appealed from is entered when the United States is a party.  FED. R. APP. P. 4(a)(1)(B).  Certain motions extend the time to appeal until disposition of such motions. FED. R. APP. P. 4(a)(4)(A).

    Defendant has also filed a notice (#113) which does not appear to affect the timing for filing an appeal.

**IT IS, THEREFORE, HEREBY ORDERED** that Defendant's petition (#117) and motion to stay (#118) are **STRICKEN**.

```
                                        LANCE S. WILSON, CLERK

                                        By        /s/
                                              Deputy Clerk
```