UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:09-CV-166-ECR-RAM |
| | ) | |
| Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: November 18, 2010 |
| | ) | |
| DALTON WILSON, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:   COLLEEN LARSEN          Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                NONE APPEARING

Counsel for Defendant(s)                NONE APPEARING

MINUTE ORDER IN CHAMBERS

        **IT IS HEREBY ORDERED** that Defendant's Petition to Stay Order Pending Appeal (#126), filed on November 16, 2010, is **DENIED**.

        This Court has previously ruled on the matters referred to in the Petition (#126) and no basis is presented to reconsider them.  The matters referred to in the Petition (#126) may be contentions that can be addressed in an appeal.

        If he wishes to do so, Defendant may, if permitted by the Rules, seek a stay from the Court of Appeals.

                                LANCE S. WILSON, CLERK

                                By _____/s/_____
                                      Deputy Clerk